**DOGLEG RIGHT PARTNERS, LP and Dogleg Right Corporation, Plaintiffs–Appellants,**

v.

**TAYLORMADE GOLF COMPANY, INC., Defendant–Appellee.**

No. 2011–1537.

United States Court of Appeals, Federal Circuit.

June 19, 2012.

David H. Judson, Law Office of David H. Judson, of Dallas, Texas, argued for plaintiffs-appellants.

Gary A. Clark, Sheppard, Mullin, Richter & Hampton LLP, of Los Angeles, California, argued for defendant-appellee. With him on the brief were Bridgett Agnes and Andrew Kim.

NEWMAN, MOORE, and O'Malley, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**